In the Matter of the Appraisal under the Transfer Tax Law of the Estate of HERMANN REIMERS, Late of London, England, Deceased. F. C. J. PUSINELLI and FREDERICK A. STENGER, as Executors and Administrators, etc., and F. C. J. PUSINELLI, Individually, Appellants; EUGENE M. TRAVIS, Comptroller of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JEHIAL M. ROEDER, as Trustee in Bankruptcy of 24 WEST 33RD STREET COMPANY, Appellant, v. OSCAR J. MAYER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of Proving the Last Will and Testament and Codicil Thereto of JOHN H. LUDWIG, Deceased, as a Will of Real and Personal Property. MARY L. HORN and Others, Appellants; JULIUS WINTER and Another, as Executors, etc., Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DAVID KORNIKOFF, as Administrator, etc., Respondent, v. TILLIE FINKELBRANDT, Also Known as TILLIE HYMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SALVATORE MINOLFI, Appellant, v. LOUIS CASAZZA and Another, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ROYAL INDEMNITY COMPANY, Respondent, v. ELIZABETH W. HASSLACHER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SAMUEL BERNSTEIN, Respondent, v. ESSKAY WAIST COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JENNIE SCHLOSSBERG, Respondent, v. BECK SHOE COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SAMUEL SCHLOSSBERG, Respondent, v. BECK SHOE COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LEONORE R. STERN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.